UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN -6 AM 11: 55

CLERK ___TRB___
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 1349 |
| | ) Conspiracy to Commit Wire Fraud |
| GLORIA OKOLIE | ) |
| | ) 21 U.S.C. § 1956(h) |
| PAUL WILSON AISOSA | ) Conspiracy to Commit Money |
| | ) Laundering |
| | ) |

CR118- 029

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the

maximum penalties for the offenses charged in the Indictment are as follows:

| Count 1 18 U.S.C. § 1349 Conspiracy to Commit Wire Fraud | • Not more than 20 years of imprisonment; • A fine of not more than $250,000; • Not more than 3 years of supervised release; • $100 special assessment • Restitution |
|---|---|

| Count 2 18 U.S.C. § 1956(h) Conspiracy to Commit Money Laundering | • Not more than 20 years of imprisonment; • A fine of not more than $500,000 or twice the value of the property involved in the transaction; • Not more than 5 years of supervised release; • $100 special assessment |
|---|---|

Respectfully submitted, this ___5th___ day of ___June___, 2018.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

Patricia Green Rhodes
Branch Office Chief
Assistant United States Attorney