UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST., RM 1452
DALLAS, TEXAS 75242



CERTIFIED MAIL

7010 1870 0001 7605 3446



UNITED STATES POSTAGE
PITNEY BOWES

02 1P          $ 007.83⁰
0000910045    JUN 13 2018
MAILED FROM ZIP CODE 75242

Clerk, U.S. District Court
600 James Brown Blvd
Augusta, GA 30901