**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF GEORGIA**

**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CASE NUMBER:1:18CR029 |
| PAUL WILSON AISOSA | ) | |

## MOTION FOR STATEMENTS OF DEFENDANT

**COMES NOW** Defendant, by and through his attorney and moves this Honorable Court pursuant to Local Rule 7 of the Local Rules for the United States District Court for the Southern District of Georgia and Rule 16 of the Federal Rules of Criminal Procedure, for an order requiring the Plaintiff to provide the Defendant with the following:

(1)

Any relevant recorded testimony of the Defendant before a Grand Jury.

(2)

Any relevant written and/or recorded statements or confessions made by the Defendant, or copies thereof, within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known to the attorney for the government.

(3)

The substance of any oral statement which the government

intends to offer in evidence at the trial made by the Defendant whether before or after arrest in response to interrogation by any person then known to the Defendant to be a government agent.

WHEREFORE, the Defendant prays that this Motion be granted.

This <u>6th</u> day of July, 2018.


        _s/William J. Sussman_
        ATTORNEY FOR DEFENDANT
        347 GREENE STREET
        AUGUSTA, GEORGIA 30901-2497
        (706) 724-3331
        Georgia Bar No.: 693000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served on Trisha Rhodes, U.S. Attorney's Office, P.O. Box 2017, Augusta, GA 30903 by electronic filing.

This 6th day of July, 2018.

                                         s/William J. Sussman
                                         ATTORNEY FOR DEFENDANT
                                         347 GREENE STREET
                                         AUGUSTA, GEORGIA 30901-2497
                                         (706) 724-3331
                                         GA BAR NO.:  693000