**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF GEORGIA**

**AUGUSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CASE NUMBER:1:18CR029 |
| PAUL WILSON AISOSA ) | |

**MOTION FOR EVIDENCE OF COERCION TO WITNESSES**

**COMES NOW** the Defendant, in accordance with the principles of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), <u>Giles v. Maryland</u>, 386 U.S. 66 (1967), and <u>Giglio v. United States</u>, 405 U.S. 150 (1972), and moves this Court for entry of an order directing the government to make inquiry and disclose all of the following within its possession, custody or control, or the existence of which is known or by the exercise of due diligence could become known to the government:

(1)

Any and all threats, express or implied, direct or indirect, or other coercion made or directed against the witness, pending criminal investigations, or potential investigations by the government which could be brought against the witness, any probationary, parole, or custodial status of the witness, and any civil, tax court, court of claims, administrative, or other pending or potential legal disputes or transactions with the government or over which the government has real, apparent or perceived influence.

**WHEREFORE,** the Defendant prays that this motion be granted.

This <u>6TH</u> day of <u>July,</u> 2018.

    <u>s/William J. Sussman</u>
ATTORNEY FOR DEFENDANT
347 GREENE STREET
AUGUSTA, GEORGIA 30901-2497
(706) 724-3331
STATE BAR NO: 693000

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served on Trisha Rhodes,  U.S. Attorney's Office, P.O. Box 2017, Augusta, GA 30903 by electronic filing. This 6th day of July, 2018.

    s/William J. Sussman
ATTORNEY FOR DEFENDANT
347 GREENE STREET
AUGUSTA, GEORGIA 30901-2497
(706) 724-3331
GA BAR NO.:  693000