# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

UNITED STATES OF AMERICA    )

    vs.    )    CASE NUMBER:1:18CR029

PAUL WILSON AISOSA    )

## MOTION FOR INTANGIBLE EVIDENCE

**COMES NOW** Defendant, by and through his attorney, WILLIAM J. SUSSMAN, and moves this Honorable Court pursuant to Local Rule 7 of the Local Rules for the United States District Court for the Southern District of Georgia and Rule 16 of the Federal Rules of Criminal Procedure, for an order requiring the Plaintiff to provide the Defendant with the following:

(1)

Any books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are within the possession, custody or control of the Government, and which are material to the preparation of their defense or are intended for use by the government as evidence in chief at the trial, or were obtained from or belong to the Defendant.

WHEREFORE, Defendant prays that this Motion be granted.

This 6th day of July, 2018.

```
                          s/William J. Sussman
                         ATTORNEY FOR DEFENDANT
                         347 GREENE STREET
                         AUGUSTA, GEORGIA 30901-2497
                         (706) 724-3331
                         Georgia Bar No.: 693000
```

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served on Trisha Rhodes, U.S. Attorney's Office, P.O. Box 2017, Augusta, GA 30903 by electronic filing.

This 6th day of July, 2018.

                                         s/William J. Sussman
                                         ATTORNEY FOR DEFENDANT
                                         347 GREENE STREET
                                         AUGUSTA, GEORGIA 30901-2497
                                         (706) 724-3331
                                         GA BAR NO.:  693000