# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

```
UNITED STATES OF AMERICA    )
     vs.                    )    CASE NUMBER:1:18CR029
PAUL WILSON AISOSA          )
```

## MOTION FOR WITNESS STATEMENTS

**COMES NOW** Defendant, by and through his attorney, WILLIAM J. SUSSMAN, and moves this Honorable Court pursuant to Local Rule 7 of the Local Rules for the United States District Court for the Southern District of Georgia and Rule 26.2 of the Federal Rules of Criminal Procedure, for an order requiring the Plaintiff to provide the Defendant with the following:

(l)

Any statement given by a witness who has testified on direct examination, any written statement signed by any witness, any recorded statement or transcription of a recorded statement by the witness or any witness statement to the Grand Jury either recorded or transcribed.

WHEREFORE, the Defendant prays that this Motion be granted and he have such other and further relief as the Court deems just and proper.

This <u>6th</u> day of July, 2018.

```
                          s/William J. Sussman
                         ATTORNEY FOR DEFENDANT
                         347 GREENE STREET
                         AUGUSTA, GEORGIA 30901-2497
                         (706) 724-3331
                         Georgia Bar No.: 693000
```

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served on Trisha Rhodes, U.S. Attorney's Office, P.O. Box 2017, Augusta, GA 30903 by electronic filing.

This 6th day of July, 2018.

                                              s/William J. Sussman
                                              ATTORNEY FOR DEFENDANT
                                              347 GREENE STREET
                                              AUGUSTA, GEORGIA 30901-2497
                                              (706) 724-3331
                                              GA BAR NO.:  693000