**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF GEORGIA**

**AUGUSTA DIVISION**

```
UNITED STATES OF AMERICA     )
     vs.                     )    CASE NUMBER:1:18CR029
PAUL WILSON AISOSA           )
```

## MOTION TO REVEAL THE DEAL

**COMES NOW** Defendant, by and through his attorney, WILLIAM J. SUSSMAN, and moves this Honorable Court pursuant to Local Rule 7 of the Local Rules for the United States District Court for the Southern District of Georgia and Rule 16 of the Federal Rules of Criminal Procedure, for an order requiring the Plaintiff to provide the Defendant with the following:

(1)

That the Government disclose to the Defendant the existence and substance of any payments, promises of immunity, leniency, or preferential treatment, made to prospective government witnesses within the scope of United States v. Giglio, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959).

WHEREFORE, Defendant prays that this Motion be granted.

This 6th day of July, 2018.

```
                              s/William J. Sussman
                              ATTORNEY FOR DEFENDANT
                              347 GREENE STREET
                              AUGUSTA, GEORGIA 30901-2497
                              (706) 724-3331
                              Georgia Bar No.: 693000
```

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served on Trisha Rhodes, U.S. Attorney's Office, P.O. Box 2017, Augusta, GA 30903 by electronic filing.

This 6th day of July, 2018.

                                       s/William J. Sussman
                                       ATTORNEY FOR DEFENDANT
                                       347 GREENE STREET
                                       AUGUSTA, GEORGIA 30901-2497
                                       (706) 724-3331
                                       GA BAR NO.:  693000