UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br><br>LEAVE OF ABSENCE REQUEST<br>PATRICIA G. RHODES<br>May 29, 2019, June 27, 2019 through June 28, 2019 and August 26, 2019 through August 30, 2019. | Case Nos.:<br>CR118-008, D. Pate<br>CR118-021, J. Dominguez, et. al.<br>CR118-029, G. Okolie, et. al.<br>CR118-048, A. Tyler<br>CR118-052 M. Battle, et. al.<br>CR119-018 Z. Gordon, et. al.<br>CR119-020 L. Lockhart<br>CR119-029 O. Echols, et. al.<br>CR119-030 S. Fennell<br>CR119-032 J. Hambrick, et. al.<br>CR119-033 T. Moore<br>CR119-047 W. Forrester, et. al.<br>CR113-010, A. Willingham<br>CR116-045, C. Hunter<br>CR113-010, D. McNair<br>CR117-027, J. Hamm<br><br>CV118-027, A. Willingham<br>CV118-041, C. Hunter<br>CV118-068, D. McNair<br>CV118-192, J. Hamm |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for the dates of May 29, 2019 for daughter's graduation; June 27, 2019 through June 28, 2019 for a wedding out of state; and August 26, 2019 through August 30, 2019 for vacation out of state; same is hereby GRANTED.

This 26th day of April, 2019.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA