# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

**U.S. DISTRICT COURT**
**Southern District of Georgia**
**Filed in Open Court**

403 ρ. M.

08/09 20

**Deputy Clerk**

CHANGE OF PLEA IN ___USA V. PAUL WILSON AISOSA___

CRIMINAL NO. ___CR118-29___ AT ___AUGUSTA, GEORGIA___

_____ .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT ___PAUL WLSON AISOSA___ , HAVING

PREVIOUSLY ENTERED A PLEA OF ___NOT GUILTY___ ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF ___GUILTY___ TO ___COUNT TWO___

IN THE INDICTMENT.

THIS **6th** DAY OF ___MAY___ , 2019.

NOLLE PROSSE AS

TO COUNT(S) _____

_____
PAUL WILSON AISOSA   DEFENDANT

_____
COUNSEL FOR DEFENDANT
WILLIAM J. SUSSMAN