UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:

LEAVE OF ABSENCE REQUEST
PATRICIA G. RHODES
July 22, 2019 through July 26, 2019.

Case Nos.:
CR118-008, D. Pate
CR118-021, J. Dominguez, et. al.
CR118-029, G. Okolie, et. al.
CR118-048, A. Tyler
CR118-052 M. Battle, et. al.
CR119-018 Z. Gordon, et. al.
CR119-020 L. Lockhart
CR119-029 O. Echols, et. al.
CR119-030 S. Fennell
CR119-032 J. Hambrick, et. al.
CR119-033 T. Moore
CR119-047 W. Forrester, et. al.
CR113-010, A. Willingham
CR113-010, D. McNair
CR117-027, J. Hamm

CV118-027, A. Willingham
CV118-068, D. McNair
CV118-192, J. Hamm

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for the dates of July 22, 2019 through July 26, 2019 for vacation out of state; same is hereby GRANTED.

This 15th day of May, 2019.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA